[No. 39881-4-I.   Division One.   December 13, 1999.]

DARRELL CLOUD, ET AL., *Appellants*, v. JOHN SUMMERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-01134-7, Mary Wicks Brucker, J., entered November 19, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, C.J., concurred in by Baker and Agid, JJ. Now published at 98 Wn. App. 724.


[No. 41423-2-I.   Division One.   December 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH HUTSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-02090-1, Richard J. Thorpe, J., entered September 24, 1997. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Grosse, JJ.


[No. 42198-1-I.   Division One.   December 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EL TREVINO WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08349-2, Richard A. Jones, J., entered January 26, 1998. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Webster, J.


[No. 42595-1-I.   Division One.   December 13, 1999.]

TERRY RAYMOND, ET AL., *Appellants*, v. PACIFIC CHEMICAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-29650-3, J. Kathleen Learned, J., entered April 7, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Baker, JJ. Now published at 98 Wn. App. 739.